# EXHIBIT A

Dear Honorable Judge Fernando L. Aenlle-Rocha

First, thank you for the opportunity to share my thoughts on this case before you. It's one day I wish I could erase from my history book. I did something I'm not proud because I was blinded by money to provide for my family. I beat myself up every day just thinking about my poor decisions.

To give you a little background, I was born in Los Angeles, California and I have lived in Los Angeles County all of my life. I did not grow up with my father. I've come to terms with the fact that he was never present in my life. It did affect me as a young child, leaving me to feel unwanted and undesired. Because of my upbringing, I struggle with self-esteem issues. They are demons that I have to battle with on a day-to-day basis, but my faith and my familial support helps me get through it.

I will not deny my culpability in this case. I do want to explain why I did the things I am responsible for. For starters, I spent many years working at the TSA without any complaints. In 2018 the government shutdown occurred and I was going to work without getting paid. This was the start of a very difficult period as I was still going to work but not receiving any money to support my family. While I applied for supervisor positions, I kept getting turned down and was never selected.

Later, my son M▓▓▓▓ Jr. was referred to special education in the fall of 2019. He was diagnosed with a learning disability and has been enrolled in IEP in school. Because of this, I looked for any additional help I could for him. I searched for programs outside of his school who could help him, but the one I found costed about $14,000. I couldn't afford this program.

When COVID hit, I had my hours at my TSA job cut to 20 per week. This meant I was earning less. Bills began piling up. The pressure increased to provide for my family. I allowed myself to go against my morals and make a quick buck. At the time, I was nearsighted and not thinking straight. I didn't measure the consequences appropriately. To put it very bluntly: I was so wrong.

By committing this crime, I only made my situation worst. I've let my family down, I let friends and co-workers down, I've added more stress, I've disappointed my children, I destroyed my career, caused problems in my marriage, and betrayed the United States Government. I worked so hard in my 39 years to make a positive impact in this world only to throw it all away in these foolish acts, all for worthless money.

When I resigned my TSA job in 2021, I went home and had a conversation with family in our living room about what I had done. It was by far one of the hardest things I had to do in my life. This event is burned in my memory. I disappointed my wife and failed to be a role model to my children. Facing them, after coming clean about what I did, is something I don't wish upon anyone else. Because of this, I will now miss my daughter's sweet sixteen, her prom, my son's first day of High School, my wife's birthdays, and our wedding anniversary.

At this point, all I can do is sincerely apologize for my mistakes and try my best to forward and be a better man than I was yesterday. I am clearly not perfect and have made a huge mistake. Staying stagnant is not an option for me. Every day is a new opportunity. My mission moving forward is to live up to the standard of the role model my children deserve and to prove that this felony conviction does not define me, but rather, has reinvented me. I've let my family down and I will not let them down again.

I am a happy, go lucky positive spirit. I am a loving husband, and I am a great dad. But I am also human and have clearly erred in my ways. I come in a humble manner ready to accept the consequences of my actions.

Thank you sincerely so much for your time. I hope this reaches your heart.

Have a positive day.

/s/ Michael Williams