# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:22-cr-00092-FLA | Date: December 9, 2022 |

| | |
|---|---|
| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, United States District Judge |
| Interpreter: | N/A |

| Twyla Freeman | Myra Ponce | Jeremiah Michael Levine<br>Jeffrey M. Chemerinsky |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Michael Williams | √ | | √ | Fermin C. Vargas, DFPD | √ | √ | |

**Proceedings:**   SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

On the government's motion, counts two, three and four in the underlying Indictment are ordered dismissed.

**CC: BOP, USM, USPO**

|   |   |
|---|---|
| | 1 : 14 |
| Initials of Deputy Clerk | tf |

| | | |
|---|---|---|
| CR-11 (09/98) | **CRIMINAL MINUTES - GENERAL** | Page 1 of 1 |