

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:     Chief Deputy/Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:  __2:22−cr−00092−FLA__
Defendant's Name:  __Michael Williams__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __1/17/2023__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __1/18/2023__, it was verified the defendant:**

__Located at Los Angeles MDC__.

**Verified via Bureau of Prisons website.**

__January 18, 2023__                         By  _____/s/ *Linda Chai*_____
Date                                                        Deputy Clerk

CR−86 (11/08)                        VERIFICATION OF SURRENDER